**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**
\*\*\*\*\*\*\*

| | |
|---|---|
| **KOSEI OHNO,** ) | |
| ) | **CASE NO. 3:25-cv-00014** |
| Plaintiff, ) | |
| ) | **ACTION FOR TEMPORARY** |
| vs. ) | **RESTRAINING ORDER,** |
| ) | **PRELIMINARY AND** |
| **HONORABLE MARIO BROOKS, in his** ) | **PERMANENT INJUNCTIVE** |
| **capacity as COMMISSIONER OF THE VIRGIN** ) | **RELIEF, DECLARATORY** |
| **ISLANDS POLICE DEPARTMENT and** ) | **JUDGMENT AND** |
| **GOVERNMENT OF THE VIRGIN ISLANDS,** ) | **ADMINISTRATIVE APPEAL** |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING

**COMES NOW** Kosei Ohno, through his attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, hereby provide notice of filing of Summonses.

                                              Respectfully submitted,

                                              **OGLETREE, DEAKINS, NASH, SMOAK &**
                                              **STEWART, LLC**

DATED: April 9, 2025        By:   */s/ Adam G. Christian*
                                             ADAM G. CHRISTIAN
                                             V.I. Bar No. 441
                                             The Tunick Building, Suite 201
                                             1336 Beltjen Road
                                             St. Thomas, VI 00802
                                             Telephone: (340) 714-1235
                                             Email: adam.christian@ogletree.com

                                             *Attorneys for Plaintiff*