IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN
*******

| | |
|---|---|
| **KOSEI OHNO,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **HONORABLE MARIO BROOKS, in his capacity as COMMISSIONER OF THE VIRGIN ISLANDS POLICE DEPARTMENT and GOVERNMENT OF THE VIRGIN ISLANDS,** ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 3:25-cv-00014 <br><br> ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, DECLARATORY JUDGMENT AND ADMINISTRATIVE APPEAL |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

**COMES NOW** Plaintiff **Kosei Ohno**, by and through his undersigned attorneys, and moves this Court to immediately issue a temporary restraining order and preliminary injunction compelling Defendants to continue in full force and effect the 2021 Virgin Islands concealed carry firearms license issued to Plaintiff for his Sig Sauer MCX .300 Virtus Pistol ("MCX") while this case is pending. Plaintiff files this motion pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of Civil Procedure. Plaintiff requests the Court waive any injunction bond in light of the very limited relief sought by this motion and the attendant circumstances. Plaintiff further submits that the relevant facts underlying this motion are undisputed and both the temporary restraining order and a preliminary injunction may issue without a hearing.

In support of this motion, Plaintiff relies on and incorporates the memorandum, declarations, and exhibits filed herewith. Also filed herewith is a proposed order for the Court's consideration.

Case: 3:25-cv-00014-RAM-EAH   Document #: 12   Filed: 04/29/25   Page 2 of 2

Ohno v. Brooks, et al.
District Court Case No. 3:24-cv-00014
Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction
Page 2 of 2

WHEREFORE, Plaintiff respectfully requests this Court grant this motion and issue the relief sought herein.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**

Dated: April 29, 2025

By: */s/ Adam G. Christian*
Adam G. Christian, Esquire
V.I. Bar No. 441
1336 Beltjen Road, Suite 201
St. Thomas, VI 00802-4701
Telephone: (340) 714-1235
Facsimile: (340) 714-1245
Email: adam.christian@ogletree.com

*Attorneys for Plaintiff Kosei Ohno*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2025, pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure a true copy of the foregoing motion and the supporting memorandum, declarations, exhibits, and proposed order were served via e-mail on the following:

Christopher Timmons, Sr., Esquire
Assistant Attorney General
Chief of Civil Division
Office of the Attorney General
6151 Estate LaReine
Kingshill
St. Croix, VI 00850
christopher.timmons@doj.vi.gov

*/s/ Adam G. Christian*
Adam G. Christian