IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN
*******

| | |
|---|---|
| **KOSEI OHNO,** )<br>  )<br> **Plaintiff,** )<br>  )<br> vs. )<br>  )<br> **HONORABLE MARIO BROOKS, in his** )<br> **capacity as COMMISSIONER OF THE VIRGIN** )<br> **ISLANDS POLICE DEPARTMENT and** )<br> **GOVERNMENT OF THE VIRGIN ISLANDS,** )<br>  )<br> **Defendants.** )<br>  ) | CASE NO. 3:25-cv-00014<br><br>ACTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, DECLARATORY JUDGMENT AND ADMINISTRATIVE APPEAL |

**PRELIMINARY INJUNCTION ORDER**

**THIS MATTER** is before the Court on the Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction. Upon review of said motion, the response and reply to the same, and hearing the oral arguments of the parties on May 23, 2025, and the Court being satisfied in the premises, it is hereby **ORDERED** as follows:

1. Plaintiff's motion is **GRANTED IN PART**;

2. Defendants shall issue a Virgin Islands concealed carry firearms license issued to Kosei Ohno for his Sig Sauer MCX .300 Virtus Pistol ("MCX license"), which extends his 2021 MCX license through May 23, 2028;

3. Prior to May 23, 2028, if this litigation remains pending at that time, in accordance with 23 V.I.C. § 455, Plaintiff shall apply to Defendants for further extension of the 2021 MCX license;

4. During the life of this litigation, Defendants shall not deny Plaintiff's application to extend the 2021 MCX license based on the type of firearm, but may deny the extension for the lawful reasons set forth in 23 V.I.C. §§ 456a, 458;

*Ohno v. Brooks, et al.*
**District Court Case No. 3:25-cv-00014**
**Preliminary Injunction Order**
Page 2 of 2

     5.     The MCX license shall contain an expiration date of May 23, 2028;

     6.     This Preliminary Injunction Order shall remain in effect until final judgment is rendered in this case, unless modified by other order of the Court;

     7.     The preliminary injunction hearing scheduled for May 28, 2025, is hereby canceled and shall be removed from the Court's calendar; and

     8.     Copies of this Order shall be distributed to all counsel of record.

Dated: May 26, 2025                              */s/ Robert A. Molloy*
                                                          **HON. ROBERT A. MOLLOY**
                                                          Chief U.S. District Judge