IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| KOSEI OHNO<br><br>**Plaintiff,**<br><br>v.<br><br>HONORABLE MARIO BROOKS, in his capacity as COMMISSIONER OF THE VIRGIN ISLANDS POLICE DEPARTMENT and GOVERNMENT OF THE VIRGIN ISLANDS<br><br>**Defendants.** | 3:25-cv-00014 |

## SECOND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

COME NOW Defendants Mario Brooks, in his capacity as Commissioner of the Virgin Islands Police Department, and Government of the Virgin Islands, by and through the Virgin Islands Department of Justice, and, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, move to dismiss Plaintiff Kosei Ohno's Second Amended Complaint for lack of subject matter jurisdiction due to mootness.

For the reasons stated in the accompanying Memorandum of Law and supported by Exhibit 1, Defendants respectfully request that this Court **GRANT** Defendants' Second Motion to Dismiss for Lack of Subject Matter Jurisdiction and **DISMISS** the Second Amended Complaint due to mootness.

                                        Respectfully submitted,

                                        GORDON RHEA, ESQ.
                                        ATTORNEY GENERAL

**Dated**: January 21, 2026         **BY**:   */s/ Julie Beberman, Esq.*

                                                  Julie Beberman, Esq.
                                                  Assistant Attorney General
                                                  Department of Justice
                                                  6151 Estate LaReine
                                                  Kingshill VI  00850
                                                  julie.beberman@doj.vi.gov