# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| KOSEI OHNO<br><br>**Plaintiff,**<br><br>v.<br><br>HONORABLE MARIO BROOKS, in his capacity as COMMISSIONER OF THE VIRGIN ISLANDS POLICE DEPARTMENT and GOVERNMENT OF THE VIRGIN ISLANDS<br><br>**Defendants.** | 3:25-cv-00014 |

## ORDER

THIS MATTER is before the Court on the Second Motion to Dismiss for Lack of Jurisdiction Due to Mootness filed by Defendants Mario Brooks, Commissioner of the Virgin Islands Police Department and the Government of the Virgin Islands. After consideration, it is hereby

**ORDERED** that the Second Motion to Dismiss for Lack of Jurisdiction is **GRANTED**; and

that this matter is **DISMISSED** due to mootness.

Dated: _____, 2026

_____
**HON. ROBERT A. MOLLOY**
Chief Judge