## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

KOSEI OHNO

**Plaintiff,**

v.

**3:25-cv-00014**

HONORABLE MARIO BROOKS, in his capacity as COMMISSIONER OF THE VIRGIN ISLANDS POLICE DEPARTMENT and GOVERNMENT OF THE VIRGIN ISLANDS

**Defendants.**

### DECLARATION OF COMMISSIONER MARIO BROOKS

I, Mario Brooks, declare under penalty of perjury, as follows:

1. My name is Mario Brooks.

2. I currently serve as the Commissioner of the Virgin Islands Police Department.

3. Kosei Ohno applied to renew his firearm license for a 300 Sig Sauer MCX [hereinafter "MCX"].

4. I initially denied Mr. Ohno's renewal application for his firearm license for his MCX.

5. I denied the renewal application solely based on the type of weapon.

6. The denial was premised on my determination that the MCX is an assault weapon that can be potentially configured as a short-barreled rifle not suitable for concealed carry, based on the implied intent of the Virgin Islands firearms statutes.

7. After further consideration, I found that renewal of the firearm license to Mr. Ohno for this type of weapon would not violate the express terms of the Virgin Islands firearms statutes, which I am bound to apply.

8. Because there was no basis for denying Mr. Ohno's renewal application for his MCX based on the express terms of the Virgin Islands firearms statutes, I granted Mr. Ohno's renewal application for his firearm license for his MCX.

9. Unless and until there is a change to the Virgin Islands firearms statutes, Mr. Ohno's future renewal application for his firearm license for his MCX will not be denied based on the type of weapon, because such renewal does not violate the express terms of the Virgin Islands firearms statutes.

EXHIBIT 1

Date:  January 21, 2026

_____
Mario Brooks
VIPD Police Commissioner